**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-0210-WJM

SAMANTHA HAUKE,

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed June 9, 2015 (ECF No. 13). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 10th day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge